**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| HERMAN BENSON, JR., Individually and On Behalf of All Others Similarly Situated**,** | § § § § § | |
| Plaintiffs, | § | |
| v. | § § | C.A. No. 3:08-CV-01735-G |
| CSA – CREDIT SOLUTIONS OF AMERICA, INC.**,** | § § § § | |
| Defendant. | § | |

**DEFENDANT'S MOTION TO VACATE ARBITRATOR'S CLAUSE CONSTRUCTION AWARD OR STAY THE PROCEEDINGS PURSUANT TO 9 U.S.C. §§ 10, 12**

Defendant CSA - Credit Solutions of America, LLC[1] ("CSA" or "Defendant") respectfully submits this Motion To Vacate Arbitrator's Clause Construction Award Or Stay Proceedings Pursuant to 9 U.S.C. §§ 10, 12. For the reasons provided in the contemporaneously-filed Memorandum of Law In Support Of Defendant's Motion To Vacate Arbitrator's Clause Construction Award Or Stay Proceedings Pursuant to 9 U.S.C. §§ 10, 12, CSA respectfully requests that this Court grant its Motion To Vacate Arbitrator's Clause Construction Award. Should this Court deny CSA's request to vacate, CSA requests that this Court stay the proceedings, while CSA appeals the denial to the Fifth Circuit Court of Appeals.

---

[1] The name of the corporate defendant in the caption is no longer correct.

12597481v.1

        Respectfully submitted,

        SEYFARTH SHAW LLP

By:  <u>s/ John L. Collins</u>
     John L. Collins
     SEYFARTH SHAW LLP
     State Bar No. 00796025
     700 Louisiana Street, Suite 3700
     Houston, Texas  77002
     (713) 225-2300 – Telephone
     (713) 225-2340 – Facsimile
     jcollins@seyfarth.com

OF COUNSEL:

SEYFARTH SHAW LLP
Robert J. Carty, Jr.
State Bar No. 00788794
Kate L. Birenbaum
State Bar No. 00787087
Clayton D. Craighead
State Bar No. 24065092
700 Louisiana Street, Suite 3700
Houston, Texas  77002
(713) 225-2300 – Telephone
(713) 225-2340 – Facsimile
rcarty@seyfarth.com
kbirenbaum@seyfarth.com
ccraighead@seyfarth.com

John Greco
State Bar No. 24050686
Assistant General Counsel
CSA - Credit Solutions of America, LLC
12700 Park Central Dr., 21st Floor
Dallas, Texas 75251
(972) 763 - 7135 - Telephone
(214) 678-7151 - Facsimile
jgreco@creditsolutions.com

2

12597481v.1

**CERTIFICATE OF CONFERENCE**

I hereby certify that prior to filing this motion I conferred with Plaintiff's counsel, who stated that he was opposed to the granting of this Motion.

s/ Kate L. Birenbaum
Kate L. Birenbaum

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 5, 2010, true and correct copies of the foregoing pleading were served on all counsel of record, as listed below, via ECF filing.

J. Derek Braziel, Esq.
Meredith Mathews, Esq.
Lee & Braziel, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas  75202

Robert J. Camp
The Cochran Law Firm, PC
505 20th Street North, Suite 825
Birmingham, Alabama 35203

s/ John L. Collins
John L. Collins
