UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HERMAN BENSON, JR., Individually and on Behalf of Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 3:08-CV-1735-G |
| VS. | ) ) | |
| CSA-CREDIT SOLUTIONS OF AMERICA, INC., | ) ) ) | |
| Defendant. | ) | |
| HERMAN BENSON, JR., ET AL., | ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:10-CV-2280-G |
| DOUG VAN ARSDALE, | ) ) | |
| Defendant. | ) | |

# **ORDER**

It appears to the court that these two cases arise out of a common nucleus of facts.  In the interest of judicial economy and efficiency, these two actions are

**CONSOLIDATED**.  All future pleadings and other papers shall henceforth be filed under civil action number **3:08-CV-1735-G**.

    **SO ORDERED**.

January 31, 2011.

                                      _/s/ A. Joe Fish_
                                      **A. JOE FISH**
                                      **Senior United States District Judge**