UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HERMAN BENSON, JR., Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:08-CV-1735-G |
| CSA-CREDIT SOLUTIONS OF AMERICA, INC., | ) ) ) | |
| Defendant. | ) | |
| HERMAN BENSON, JR. and MIGUAL MARES, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | CONSOLIDATED WITH |
| VS. | ) ) | 3:10-CV-2280-G |
| DOUG VAN ARSDALE, | ) ) | |
| Defendant. | ) | |

## ORDER

The motion of defendant CSA-Credit Solutions of America, Inc. ("CSA-Credit") (docket entry 19) to stay is **GRANTED**. CSA-Credit's motion to vacate arbitrator's clause construction award is **STAYED** pending arbitration.

SO ORDERED.

March 14, 2011.

_____
A. JOE FISH
**Senior United States District Judge**